**Order filed October 22, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00608-CV
_____

**MOMENTUM CONTRACTORS, INC., FREDERICK ALLEN, JR. & JUDY ALLEN, Appellants**

**V.**

**TRI-TEMP REFRIGERATION, INC., Appellee**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2012-19727**

---

## O R D E R

Appellants' brief was due September 30, 2013. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **November 19, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM